**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **ASHLEY DARNELL,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 3:18-cv-00022-WHR** |
| | § | |
| **v.** | § | |
| | § | |
| **SYNCHRONY BANK f/k/a GE** | § | |
| **CAPITAL RETAIL BANK,** | § | |
| | § | |
| **Defendant.** | § | |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this matter, and each of Plaintiff's claims asserted therein, with prejudice, each party to bear its own costs and fees.


<u>/s/  Kevin R Feazell</u>                      <u>/s/ Joseph C. Hoeffel</u>

Kevin R Feazell, Esq.                     Joseph C. Hoeffel, Esq.
Cors & Bassett LLC                        Kimmel & Silverman, P.C.
201 E. Fifth Street, Suite 900            30 E Butler Pike
Cincinnati, OH 45202                      Ambler, PA 19002
Phone: (513) 852-8200                     Phone: (215) 540-8888
Email: krf@corsbassett.com                Fax: (877) 600-2112
Attorney for the Defendant                Email: jhoeffel@creditlaw.com
                                          Attorney for the Plaintiff
Date: <u>March 13, 2019</u>

                                          Date: <u>March 13, 2019</u>


BY THE COURT:


_____
                                          J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of March, 2019:

Kevin R Feazell, Esq.
Cors & Bassett LLC
201 E. Fifth Street, Suite 900
Cincinnati, OH 45202
Phone: (513) 852-8200
Email: krf@corsbassett.com
Attorneys for the Defendant

*/s/ Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff