# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| ASHLEY DARNELL, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | Civil Action No. 3:18-cv-00022-WHR |
| | § | |
| v. | § | |
| | § | |
| SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this matter, and each of Plaintiff's claims asserted therein, with prejudice, each party to bear its own costs and fees.

/s/ Kevin R Feazell
Kevin R Feazell, Esq.
Cors & Bassett LLC
201 E. Fifth Street, Suite 900
Cincinnati, OH 45202
Phone: (513) 852-8200
Email: krf@corsbassett.com
Attorney for the Defendant

Date: March 13, 2019

/s/ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff

Date: March 13, 2019

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of March, 2019:

Kevin R Feazell, Esq.
Cors & Bassett LLC
201 E. Fifth Street, Suite 900
Cincinnati, OH 45202
Phone: (513) 852-8200
Email: krf@corsbassett.com
Attorneys for the Defendant

/s/ *Joseph C. Hoeffel*
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 600-2112
Email: jhoeffel@creditlaw.com
Attorney for the Plaintiff